**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Martin Elery BEAL, Defendant–
Appellant.**

**No. 08–30083.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed April 8, 2009.

Frank Papagni, Assistant U.S., Office of U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

Bryan E. Lessley, Assistant Federal Public Defender, Federal Public Defender's Office, Eugene, OR, for Defendant–Appellant.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Martin Elery Beal appeals the 188–month sentence imposed following his conditional guilty plea to three counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). He contends that the district court erred in treating his four prior convictions for first degree burglary under Or.Rev.Stat. § 164.225 as violent felonies under the Armed Career Criminal Act. This contention is foreclosed by *United States v. Mayer*, 560 F.3d 948, 962–63 (9th Cir.2009) (holding that first degree burglary under § 164.225 is categorically a "violent felony" under the Act's residual clause).

**AFFIRMED.**

---

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.